FILED

12/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0297

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0297

_____

CENTRON SERVICES, INC.,
dba CREDIT SYSTEMS,

      Plaintiff and Appellant,

  v.

CACHERAL D. DELOREAN,

      Defendant and Appellee.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Cacheral D. Delorean, to all counsel of record, and to the Honorable Robert B. Allison, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 21 2022